# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JETCRETE NORTH AMERICA LP,

    Plaintiff

v.

AUSTIN TRUCK & EQUIPMENT, LTD.,

    Defendant

Case No.: 2:18-cv-01999-APG-PAL

**Order Deeming Order to Show Cause Satisfied**

In light of plaintiff's response (ECF No. 6),

IT IS ORDERED that the order to show cause (ECF No. 4) is deemed satisfied and I will not dismiss for lack of subject matter jurisdiction at this time. However, plaintiff Jetcrete North America LP remains responsible for demonstrating subject matter jurisdiction exists.

DATED this 9th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE