KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Plaintiff
Jetcrete North America LP

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JETCRETE NORTH AMERICA LP,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN TRUCK & EQUIPMENT, LTD. DBA FREIGHTLINER OF AUSTIN; and DOES I-X and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:18-cv-01999-APG-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR FILING JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

Plaintiff Jetcrete North America LP ("Jetcrete") and Defendant Austin Truck & Equipment, LTD. DBA Freightliner of Austin ("Freightliner") stipulate to extend the parties' time to disclose the Joint Pretrial Order from February 4, 2020 until March 4, 2020.

This request is made on the basis that the parties are waiting for an overdue response to a third party subpoena. Specifically, on October 16, 2019 (almost two months before the close of discovery), Jetcrete issued a Subpoena to Produce Documents on a non-party, Intermedia. Jetcrete has since been attempting to secure responsive documents from Intermedia through multiple meet and confer communications with Intermedia's Chief Administrative Officer and General Counsel. On January 31, 2020, General Counsel for Intermedia informed

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2497680_1 16549.12

Page 1 of 2

counsel for Jetcrete that production of documents would be completed in the early part of February. To date, the documents have not been received.

The parties agree that these documents are potentially relevant to the claims and/or defenses in this case. Given that the documents would potentially impact the content of the Joint Pretrial Order, the parties therefore request that the current deadline for the parties to submit a Joint Pretrial Order be extended to March 4, 2020.

| KAEMPFER CROWELL | BROWN, BONN & FRIEDMAN |
|---|---|
| By: /s/ Robert McCoy<br>Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | By: /s/ Thomas Friedman<br>Kevin Brown, No. 7621<br>Thomas Friedman, No. 7708<br>5528 S. Fort Apache Road<br>Las Vegas, NV 89148 |
| Attorneys for Plaintiff | Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 2/5/2020

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2497680_1  16549.12

Page 2 of 2