AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JETCRETE NORTH AMERICA LP,

     Plaintiff,

v.

AUSTIN TRUCK & EQUIPMENT, LTD.,

     Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-01999-APG-BNW

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant Austin Truck & Equipment, Ltd. and against plaintiff Jetcrete North America LP on all of the claims asserted in this case.

September 3, 2020              DEBRA K. KEMPI
Date                       Clerk

                          /s/ H. Magennis
                          Deputy Clerk