AO 133 (NVD Rev. 04/2020) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| JETCRETE NORTH AMERICA LP | ) |
| v. | ) Case No.: 2:18-cv-01999-APG-BNW |
| AUSTIN TRUCK & EQUIPMENT, LTD. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on 09/03/2020 against JETCRETE NORTH AMER,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................. | $ |
| Fees for service of summons and subpoena .......................... | 125.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 1,476.60 |
| Fees and disbursements for printing ................................ | 155.16 |
| Fees for witnesses *(itemize on page two)* ......................... | 25.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................. | 736.56 |
| Docket fees under 28 U.S.C. 1923 .................................. | |
| Costs as shown on Mandate of Court of Appeals ..................... | |
| Compensation of court-appointed experts ........................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .................................... | |
| TOTAL | $ 2,518.32 |

*SPECIAL NOTE:*
*Attach to your bill an itemization and documentation for requested costs in all categories.*

28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

A copy of this bill and attached documentation has been served on all parties in the following manner:

✔ Electronic service  ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney: /s/ Thomas Friedman
Name of Attorney: Thomas Friedman

For: Austin Truck and Equipment Ltd.   Date: 09/10/2020
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of $2,518.32 No objections filed. LR 54-1(d). and included in the judgment.

DEBRA K. KEMPI    By: /s/ Lia Griffin    10/19/2020
*Clerk of Court*        *Deputy Clerk*       *Date*